Brent O. Hatch (5715)
Kevin W. Bates (4793)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666

William D. Sims, Jr. (*pro hac vice*)
Scott W. Breedlove (*pro hac vice*)
VINSON & ELKINS, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone:  (214) 220-7700
Facsimile:  (214) 220-7716

*Attorneys for Lutron Electronics Co., Inc.*

**RECEIVED** JAN 13 2006
FILED U.S DISTRICT COURT
2006 JAN 17 P 3:08
OFFICE OF JUDGE TENA CAMPBELL
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| VANTAGE CONTROLS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LUTRON ELECTRONICS CO., INC.<br><br>Defendant. | **ORDER**<br><br>Case No. 2:03-CV-00488TC<br><br>Judge Tena Campbell<br>Magistrate Judge David Nuffer |

Upon the objection of Plaintiff Vantage Controls, Inc. ("Vantage") dated November 18, 2005 to the Magistrate Judge's Memorandum Decision and Order Denying Motion to Compel in Part (Docket No. 199), the Court held a hearing on December 15, 2005 relating to the Magistrate Judge's finding that Defendant Lutron Electronics Company, Inc. ("Lutron") did not waive the attorney-client privilege with respect to its prosecution of the '442 and '103 patents. Richard D.

Burbidge and Jefferson W. Gross appeared on behalf of Vantage, and Brent O. Hatch and Kevin W. Bates appeared on behalf of Lutron. Having considered the briefs of the parties, the arguments of counsel, and all other relevant matters of record, the Court hereby

AFFIRMS the Magistrate Judge's Memorandum Decision and Order Denying Motion to Compel in Part and DENIES Vantage's objection to the same.

The Court further finds that Lutron has not raised the affirmative defense of "advice of counsel." Therefore, Lutron shall not raise advice of counsel at trial and as such shall be restricted from asserting at trial that any alleged failure to disclose material prior art to the United States Patent & Trademark Office with respect to the prosecution of the '442 and/or '103 patents was justified based on the advice of its counsel.

IT IS SO ORDERED this 17 day of January 2005.

BY THE COURT

_____
Honorable Tena Campbell
United States District Judge

**AGREED AS TO FORM
AND CONTENT:**

BURBIDGE & MITCHELL

_____
Richard D. Burbidge
Jefferson W. Gross
Robert J. Shelby
*Attorneys for Vantage Controls, Inc.*